**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ABRAHAM (JUNIOR) CRUZ, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-722 |
| | ) | |
| v. | ) | Judge Christy Criswell Wiegand |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| PENNSYLVANIA STATE POLICE, | ) | |
| DAVID R. CASHMAN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 15, 2021, the Magistrate Judge issued a Report, ECF No. 6, recommending that Plaintiff's Complaint, ECF No. 4, should be dismissed with prejudice. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Plaintiff's Complaint, ECF No. 4, is hereby DISMISSED WITH PREJUDICE, and the Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 9th day of July, 2021.

BY THE COURT:

s\Christy Criswell Wiegand
Christy Criswell Wiegand
United States District Judge

Cc:    Abraham (Junior) Cruz
NY-2555
SCI Dallas
1000 Follies Rd.
Dallas, PA 18612-0286